No. 23-13138

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

*Plaintiff-Appellant*,

v.

FEARLESS FUND MANAGEMENT, LLC; FEARLESS FUND II, GP, LLC; FEARLESS FUND II, LP; FEARLESS FOUNDATION, INC.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of Georgia
No. 1:23-cv-03424-TWT (Judge Thomas W. Thrash, Jr.)

## APPELLEES' UNOPPOSED MOTION TO EXPEDITE ARGUMENT

Alphonso David
GLOBAL BLACK ECONOMIC FORUM
34 35th Street, Suite 5A
Brooklyn, NY 11232

Mylan L. Denerstein
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

Benjamin L. Crump
BEN CRUMP LAW, PLLC
122 S. Calhoun Street
Tallahassee, FL 32301

Jason C. Schwartz
Molly T. Senger
Zakiyyah Salim-Williams
Katherine Moran Meeks
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500

Gregg J. Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002
(346) 718-6600

*Counsel for Appellees*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, appellees certify that the following have an interest in the outcome of this appeal:

1. American Alliance for Equal Rights, *Plaintiff-Appellant*

2. America First Legal Foundation, *Amicus Curiae*

3. Anderson, R. Gabriel, *Attorney for Plaintiff-Appellant*

4. Barnett, Alexandra Garrison, *Attorney for Defendants-Appellees*

5. Branch, Aria, *Attorney for Amicus Curiae Black Economic Alliance Foundation*

6. Cacabelos, Kevin, *Attorney for Amici Curiae Lawyers Committee for Civil Rights, Leadership Conference on Civil and Human Rights, National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF*

7. Cluse, Brooke, *Attorney for Defendants-Appellees*

8. Cohen, David, *Attorney for Amici Curiae National Venture Capital Association and Venture Forward*

9. Costa, Gregg, *Attorney for Defendants-Appellees*

10. Crain, Lee, *Attorney for Defendants-Appellees*

11. Crump, Benjamin L., *Attorney for Defendants-Appellees*

1

12. David, Alphonso, *Attorney for Defendants-Appellees*

13. Denerstein, Mylan, *Attorney for Defendants-Appellees*

14. Dickey, Gilbert, *Attorney for Plaintiff-Appellant*

15. Fawcett, J. William, *Attorney for Plaintiff-Appellant*

16. Farrell, Naima, *Attorney for Defendants-Appellees*

17. Fearless Foundation, Inc., *Defendant-Appellee*

18. Fearless Fund II, GP, LLC, *Defendant-Appellee*

19. Fearless Fund II, LP, *Defendant-Appellee*

20. Fearless Fund Management, LLC, *Defendant-Appellee*

21. Gonsalves, Terance A., *Counsel for Defendants-Appellees*

22. Gonzales, Amber, *Attorney for Amici Curiae Lawyers Committee for Civil Rights*, *Leadership Conference on Civil and Human Rights*, *National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF*

23. Greenbaum, Jon, *Attorney for Amici Curiae Lawyers Committee for Civil Rights* , *Leadership Conference on Civil and Human Rights*, *National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF*

24. Hamilton, Gene, *Counsel for Amicus Curiae America First Legal Foundation*

25. Harrison, Keith, *Attorney for Amici Curiae Lawyers Committee for Civil Rights*, *Leadership Conference on Civil*

          and Human Rights, National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF

26. Hawley, Jonathan, *Attorney for Amicus Curiae Black Economic Alliance Foundation*

27. Hylton, Ellie, *Attorney for Amici Curiae National Venture Capital Association and Venture Forward*

28. Kastorf, Kurt, *Counsel for Amicus Curiae Lawyers Committee for Civil Rights Under Law*

29. Knox, Leila, *Attorney for Defendants-Appellees*

30. LatinoJustice PRLDEF, *Amicus Curiae*

31. Lawyers Committee for Civil Rights, *Amicus Curiae*

32. Leadership Conference on Civil and Human Rights, *Amicus Curiae*

33. Lewis, Joyce, *Attorney for Amicus Curiae Black Economic Alliance Foundation*

34. Lifland, Charles, *Attorney for Amici Curiae National Venture Capital Association and Venture Forward*

35. Malson, Laurel, *Attorney for Amici Curiae Lawyers Committee for Civil Rights, Leadership Conference on Civil and Human Rights, National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF*

36. Marquart, Katherine, *Attorney for Defendants-Appellees*

37. McCarthy, Thomas, *Attorney for Plaintiff-Appellant*

38. Meeks, Katherine Moran, *Attorney for Defendants-Appellees*

39. Mitchell, Jonathan, *Counsel for Amicus Curiae America First Legal Foundation*

40. Mixon, Meaghan, *Attorney for Amicus Curiae Black Economic Alliance Foundation*

41. Morales, Tristan, *Attorney for Amici Curiae National Venture Capital Association and Venture Forward*

42. National Action Network, *Amicus Curiae*

43. National Association for the Advancement of Colored People, *Amicus Curiae*

44. National Coalition on Black Civic Participation, *Amicus Curiae*

45. National Urban League, *Amicus Curiae*

46. Norris, Cameron, *Attorney for Plaintiffs-Appellant*

47. Pak, Byung, *Attorney for Defendants-Appellees*

48. Pauli, Amy, *Attorney for Amici Curiae Lawyers Committee for Civil Rights, Leadership Conference on Civil and Human Rights, National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF*

49. Pettig, Bruce, *Attorney for Amici Curiae National Venture Capital Association and Venture Forward*

50. Rhoades, Meshach, *Attorney for Amici Curiae Lawyers Committee for Civil Rights, Leadership Conference on Civil and Human Rights, National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic*

*Participation, and LatinoJustice PRLDEF*

51. Rodriguez, Dariely, *Attorney for Amici Curiae Lawyers Committee for Civil Rights, Leadership Conference on Civil and Human Rights, National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF*

52. Salim-Williams, Zakiyyah, *Attorney for Defendants-Appellees*

53. Santos, Marlee, *Attorney for Amici Curiae Lawyers Committee for Civil Rights, Leadership Conference on Civil and Human Rights, National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF*

54. Schwartz, Jason, *Attorney for Defendants-Appellees*

55. Senger, Molly, *Attorney for Defendants-Appellees*

56. Thurman, Ashley, *Attorney for Amici Curiae National Venture Capital Association and Venture Forward*

57. Waddell, T. Brandon, *Attorney for Amici Curiae National Venture Capital Association and Venture Forward*

58. Youker, Kathryn, *Attorney for Amici Curiae Lawyers Committee for Civil Rights, Leadership Conference on Civil and Human Rights, National Action Network, National Association for the Advancement of Colored People, National Urban League, National Coalition on Black Civic Participation, and LatinoJustice PRLDEF*

The following publicly held corporations have a 10% or greater ownership interest in Fearless Fund II, LP: General Mills, Inc (GIS), Costco Wholesale Corporation (COST), Mastercard Inc (MA), and Bank of America Corp (BAC).

No publicly held corporation has a 10% or greater ownership interest in Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, or Fearless Foundation.

Per Circuit Rule 26.1-2(c), Appellees certify that the CIP contained in this response is complete.

Dated: October 31, 2023        /s/ *Jason C. Schwartz*
                               Jason C. Schwartz

6

## MOTION TO EXPEDITE ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 27 and Eleventh Circuit Rules 27-1 and 34-4(f), appellees Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc. (collectively, "Fearless Foundation" or "Appellees") respectfully request that the Court expedite oral argument and set a date for hearing this appeal in January 2024, or as soon thereafter as practicable. Counsel for appellant American Alliance for Equal Rights ("AAER") has indicated AAER does not oppose the motion for expedited argument.

1. On August 2, 2023, AAER filed a complaint and motion for a temporary restraining order and preliminary injunction in the U.S. District Court for the Northern District of Georgia. *American Alliance for Equal Rights v. Fearless Fund Management, LLC*, 1:23-cv-3424-TWT (N.D. Ga.), Dkts. 1, 2. AAER challenged the Fearless Strivers Grant Contest—a charitable grant program that awards $20,000 grants, mentorship opportunities, and other benefits to small businesses owned by Black women—as a form of discriminatory contracting allegedly prohibited by 42 U.S.C. § 1981. AAER sought to restrain the Fearless

Foundation from closing the application window for the Fearless Strivers Grant Contest and to enjoin the Foundation from limiting its grant program to businesses owned by Black women.

2. On August 11, 2023, AAER withdrew its request for a temporary restraining order. *Id.* at Dkt. 25.

3. On September 26, 2023, following an oral hearing, the district court denied AAER's motion for a preliminary injunction, concluding that AAER (1) failed to demonstrate a likelihood of success on the merits because the First Amendment likely barred its § 1981 claim and (2) failed to show it would suffer irreparable harm in the absence of preliminary injunctive relief. *Id.* at Dkts. 109, 115.

4. On September 26, 2023, AAER filed a notice of appeal and an emergency motion in this Court for an injunction pending appeal. 11th Cir. Dkts. 1, 3. The Fearless Foundation opposed the motion. Dkt. 6. On September 30, 2023, over the dissent of Judge Wilson, a panel of this Court entered an injunction pending appeal that prohibited the Fearless Foundation from closing the application window or selecting a winner for the Fearless Strivers Grant Contest until further order of this Court. Dkt. 8-2, at 3.

5. On October 6, 2023, this Court entered the following briefing schedule for AAER's appeal:

> AAER's Opening Brief: November 6, 2023
>
> Fearless Foundation's Answering Brief: December 6, 2023
>
> AAER's Reply: December 27, 2023

Dkt. 12.

6. The parties have agreed not to seek extensions of time to file their briefs absent extraordinary circumstances.

7. Good cause exists for expediting oral argument after the close of briefing. The injunction entered by this Court prevents the Fearless Foundation from awarding a charitable grant—a core First Amendment-protected activity—while this appeal remains pending. *See Riley v. Nat'l Fed'n of the Blind of N. Carolina, Inc.*, 487 U.S. 781, 789 (1988) (recognizing that charitable giving is protected by the First Amendment); *Coral Ridge Ministries Media, Inc. v. Amazon.com, Inc.*, 6 F.4th 1247, 1254 (11th Cir. 2021) (same). "The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976) (plurality).

8. The injunction pending appeal also deprives potential grantees of the Fearless Strivers Grant Contest of critical funding for their small businesses.

9. Expediting oral argument will cause no prejudice to AAER, which does not oppose this request.

10. Counsel for AAER have consented to an oral argument date in January 2024, and the parties are available except on the following dates: January 1–5 and 24–26, 2024.

## CONCLUSION

The Fearless Foundation respectfully requests that the Court grant this unopposed motion for expedited argument and set a date for oral argument in January 2024, or as soon thereafter as practicable.

Dated: October 31, 2023

Respectfully submitted,

*/s/ Jason C. Schwartz*

| | |
|---|---|
| Alphonso David<br>GLOBAL BLACK ECONOMIC FORUM<br>34 35th Street, Suite 5A<br>Brooklyn, NY  11232<br>(212) 287-5864<br><br>Mylan L. Denerstein<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166<br>(212) 351-4000<br><br>Benjamin L. Crump<br>BEN CRUMP LAW, PLLC<br>122 S. Calhoun Street<br>Tallahassee, FL 32301 | Jason C. Schwartz<br>Molly T. Senger<br>Zakiyyah Salim-Williams<br>Katherine Moran Meeks<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC  20036<br>(202) 955-8500<br><br>Gregg J. Costa<br>GIBSON, DUNN & CRUTCHER LLP<br>811 Main Street, Suite 3000<br>Houston, TX  77002<br>(346) 718-6600 |

*Counsel for Appellees*

11

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

**1.    Type Volume**

  __X__      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding parts of the document exempted by Federal Rules of Appellate Procedure 32(f), this document contains 637 words.

**2.    Typeface and Type Style**

  __X__      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared using Microsoft Word 2019 in 14-point, New Century Schoolbook font.

Dated:  October 31, 2023         /s/ *Jason C. Schwartz*
                                                     Jason C. Schwartz

## CERTIFICATE OF SERVICE

I hereby certify that, on this 31st day of October 2023, a true and correct copy of the foregoing was filed electronically and served on all counsel through this Court's CM/ECF system.

/s/ *Jason C. Schwartz*
Jason C. Schwartz
