In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 23-13138

---

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

                                                                Plaintiff-Appellant,

*versus*

FEARLESS FUND MANAGEMENT, LLC,
FEARLESS FUND II, GP, LLC,
FEARLESS FUND II, LP,
FEARLESS FOUNDATION, INC.,

                                                               Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03424-TWT

ORDER:

Appellees' unopposed motion to expedite this appeal for oral argument is GRANTED. The Clerk's Office is DIRECTED to place this appeal on the next available oral argument calendar in January 2024 with a vacancy.

_____
UNITED STATES CIRCUIT JUDGE